**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 17-216-01 (CKK) |
| | : | |
| v. | : | |
| | : | |
| **TIFFANY F. HENRY,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**GOVERNMENT'S SUPPLEMENTAL OPPOSITION TO THE DEFENDANT'S**
**MOTION TO AMEND CONDITIONS OF RELEASE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this supplemental opposition to the defendant's Motion to Amend Conditions of Release ("defendant's motion"). As grounds for this supplemental opposition, the United States states as follows:

On May 29, 2018, the government spoke with Ms. Bolton, the director of The Fairview and Ms. Amato, General Counsel for the District of Columbia Department of Corrections, regarding the general allegations in the defendant's motion. In the morning of May 30, 2018, government counsel and two members of law enforcement visited The Fairview, toured that facility and met staff members. The Fairview was clean and orderly. We did not see any mold, bugs and/or rodents, or droppings that would indicate a rodent infestation. Orkin provides monthly proactive treatment for The Fairview. Focusing on the time period since the defendant has been assigned to The Fairview, upon information and belief Orkin has not reported bed bugs and rodents. A janitorial and maintenance company provides daily sanitation and maintenance services for The Fairview. Additionally, residents at The Fairview have daily work details that must be completed. Regular sanitation inspections also are conducted. The Fairview passed its most recent sanitation inspection

in February of 2018.

The Fairview has systems in place including cleaning, maintenance and pest control contracts for regular inspections, abatements if problems occur, and overall facility inspections. The Community Corrections Program Administrator is conducting a site visit of The Fairview on May 30, 2018, and that unit's staff will conduct a full site audit on Thursday, May 31, 2018, in order to allay any concerns the Court may have. The Fairview and the Department of Corrections responded immediately to the government and were very pleasant and accommodating. Additionally, Ms. Amato has reviewed sanitation and pest control documents, and inspection reports for The Fairview that reflect that the conditions claimed of sanitation, bed bugs, mold and rodent problems are not correct.

Importantly, the defendant has not informed or notified staff about mold, bed bugs and/or rodents. She meets weekly with her case manager and can discuss anything with her case manager. There also are Resident Internal Communication Forms that she can complete, either anonymously or by signing her name, to notify staff about concerns and/or problems. The defendant has not submitted that form alerting the staff of her belief that there is mold, bed bugs and rodents. Nor has an anonymous form been submitted with such complaints since the defendant has resided at The Fairview.

Only recently, approximately within the past two to three weeks, has the defendant complained about the food. On one occasion, the defendant informed the director that she ate cookies that were not gluten free. The director asked the defendant whether the cookies were prepackaged. The defendant said that they were. The director asked the defendant whether she read the label on the packaged cookies before eating them. The defendant replied that she did not,

but that she read it after she ate the cookies and admitted that the label did not say gluten free. It only has been recently that the defendant has complained that her food has not been gluten free. When staff asked the defendant whether she had an allergic reaction to the food, the defendant said no. When staff then has asked her how did she know that the food was not gluten free, the defendant could not state how or why she had that belief. It is very important to note that prior to a couple of weeks ago, the defendant had not complained about the food. A food service company provides the food for The Fairview, the defendant's food is labeled, and the food service company can accommodate gluten free food.

The defendant has failed to present any documentation in support of her bare allegation that she has a skin rash and that it is caused by sanitation and pest conditions at The Fairview. The government learned that staff at The Fairview have had to speak with the defendant about her personal hygiene and keeping her clothes and bed clean.

Notwithstanding the defendant's bare and general allegations regarding conditions at The Fairview, the government has taken them seriously, along with the Department of Corrections and The Fairview. The government notes that the defendant's very recent claims regarding the food she is provided at The Fairview, coupled with the claims of sanitation and pest issues at The Fairview, are concerning due to the timing of when they were made. Arguably, such alleged claims correspond to the defendant's desire to have her counsel file a motion to amend her conditions of release. There have been regular court hearings in this case. Not once during any of the hearings has the defendant complained about conditions at The Fairview. She also has not informed staff at the Fairview of any concerns she has had regarding alleged mold, bed bugs or rodents. If conditions exist as the defendant has claimed, it is hard to believe that the defendant would not have notified

either the Court or The Fairview.  The government submits that the alternative of work release from the Correctional Treatment Facility is a viable option because it appears that the defendant simply just does not want to stay at The Fairview, which is a clean and appropriate facility.

WHEREFORE, for the reasons stated above, the government respectfully requests that the defendant's Motion to Amend Conditions of Release denied.

                              Respectfully submitted,

                              JESSIE K. LIU
                              UNITED STATES ATTORNEY
                              D.C. Bar No. 472-845

By:           /s/
       Karla-Dee Clark
       Assistant United States Attorney
       D.C. Bar No. 435-782
       555 Fourth Street, N.W., Room 4826
       Washington, D.C. 20530
       (202) 252-7740
       Karla-Dee.Clark@usdoj.gov