## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>TIFFANY HENRY,<br><br>    Defendant. | **Criminal No. 17-216-01 (CKK)** |

## ORDER
(November 21, 2018)

For the reasons set forth in the accompanying Memorandum Opinion, Defendant Tiffany Henry's [104] Motion for Holiday Release is **DENIED**.

**SO ORDERED.**

Dated: November 21, 2018

                                                              /s/
                                             COLLEEN KOLLAR-KOTELLY
                                             United States District Judge