# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>v. )<br>)    **Case No. 1:17-cr-00216-01 (CKK)**<br>)<br>**TIFFANY HENRY, et al.** )<br>)<br>    **Defendant.** ) | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW undersigned counsel, and respectfully requests this Court permit him to withdraw as the Defendant has engaged the services of another firm.

Respectfully submitted,

TIFFANY HENRY
By Counsel

/s/ Pleasant S. Brodnax, III
Pleasant S. Brodnax, III
1701 Pennsylvania Avenue, NW
Suite 200
Washington, D.C. 20006
(202) 462-1100
pleasant.brodnax@gmail.com


CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed by CM/ECF on the 28th day of November 2018, which will send a notification of such filing (NEF) to all counsel of record.

/s/ Pleasant S. Brodnax, III
Pleasant S. Brodnax, III