**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> TIFFANY HENRY, <br><br>  Defendant. | **Criminal No. 17-216-01 (CKK)** |

**ORDER IDENTIFYING TEMPLATE FOR**
**PROPOSED PRETRIAL SCHEDULING ORDER**
(March 1, 2019)

At a Status Hearing on February 28, 2019, the parties discussed with the Court their intention to continue plea negotiations. They also reiterated their interest in tentative preparations for trial in the event that plea negotiations do not resolve this case. Pursuant to the Court's Minute Order of February 28, 2019, the Court issues this template for a proposed Pretrial Scheduling Order. If it looks like the case will not be resolved by plea, then the parties shall prepare their proposed Pretrial Scheduling Order using this template for discussion at the next Status Hearing on March 22, 2019.

Plea                                                                                                                              *Proposed Deadlines*

During plea negotiations, the parties shall discuss the statutory penalties and sentencing guidelines that would apply with and without a superseding indictment. This will be discussed on the record as well.

Discovery & Associated Deadlines
Government to complete any final discovery under present indictment         _____
Aspirational date for grand jury decision re: superseding indictment                 _____
Government to complete discovery under any superseding indictment         _____
Discovery motions (Fed. R. Crim. P. 16)                                                                  _____

Expert Notices & Other Crimes Evidence
Government's expert notice (FRE 701 & 702)                                                         _____
Defendant's expert notice (FRE 701 & 702)                                                           _____
Government's FRE 404(b) notice                                                                              _____
Defendant's response to FRE 404(b) notice                                                          _____
*Brady* notice

Experts
Expert reports (FRE 702)                                                                                            _____

1

| | |
|---|---|
| Lay witness identification and subject matter (FRE 701) | _____ |

Non-Evidentiary Pretrial Motions

| | |
|---|---|
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | _____ |
|     Government's response to Defendant's non-evidentiary motions | _____ |
|     Defendant's reply as to non-evidentiary motions | _____ |
| Government's non-evidentiary pretrial motions | _____ |
|     Defendant's response to Government's non-evidentiary motions | _____ |
|     Government's reply as to non-evidentiary motions | _____ |

Evidentiary Pretrial Motions

| | |
|---|---|
| Defendant's evidentiary pretrial motions, such as motions to suppress evidence, or *Daubert* | _____ |
|     Government's response to Defendant's evidentiary motions | _____ |
|     Defendant's reply as to evidentiary motions | _____ |
| Government's evidentiary pretrial motions, such as *Daubert* and other crimes (404(b)) | _____ |
|     Defendant's response to Government's evidentiary motions | _____ |
|     Government's reply as to evidentiary motions | _____ |

Motions in Limine

| | |
|---|---|
| Motions *in limine* by both sides | _____ |
| Responses to motions *in limine* | _____ |
| Replies as to motions *in limine* | _____ |
| Joint notice of stipulations | _____ |
| *Giglio* and *Jencks* material | _____ |
| *Voir Dire* and Jury Instructions | _____ |

Witness and Exhibit Lists

| | |
|---|---|
| Government's witness list, exhibit list and exhibits | _____ |
| Defendant's witness list, exhibit list and exhibits | _____ |

Pre-Trial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

**Trial is tentatively scheduled to begin on May 9, 2019.  The parties shall promptly notify the Court if they want to change this date.**

    **SO ORDERED.**

                                              /s/
                                    COLLEEN KOLLAR-KOTELLY
                                    United States District Judge