# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 17-cr-216-01 (CKK)** |
| | : | |
| v. | : | |
| | : | |
| **TIFFANY HENRY,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## GOVERNMENT'S MOTION TO SCHEDULE A STATUS HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to schedule a Status Hearing. In support of this motion, the government states as follows:

Due to the COVID-19 Standing Orders issued by Chief Judge Howell commencing in March 2020, the government understands that in-person hearings are not being conducted at this time because of COVID-19. The government believes it would be beneficial to have a Status Hearing to obtain an update on this case and consents to having that hearing either telephonically or by videoconference. The government has communicated by electronic mail with defense counsel Joseph Scrofano, Esq., regarding this motion. On August 18, 2020, Mr. Scrofano informed the government that the defense opposes this motion due to the ongoing public health emergency and will file a response.

WHEREFORE, for the reasons stated above, the government respectfully requests that a Status Hearing be scheduled.

                                                Respectfully submitted,

                                                MICHAEL R. SHERWIN
                                                Acting United States Attorney
                                                New York Bar No. 4444188

By:            /s/
                  Karla-Dee Clark
                  D.C. Bar No. 435-782
                  555 Fourth Street, NW, Fourth Floor
                  Washington, D.C. 20530
                  (202) 252-7740
                  karla-dee.clark@usdoj.gov