# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 17-cr-216-01 (CKK)** |
| | : | |
| v. | : | |
| | : | |
| **TIFFANY HENRY,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER

Upon consideration of the Government's Motion to Schedule a Status Hearing, and the Defendant's Opposition thereto, it is this _____ day of August, 2020,

ORDERED that the Government's Motion to Schedule a Status Hearing is hereby _____; and it is

FURTHER ORDERED that a Status Hearing is scheduled for _____, 2020, at _____ a.m./p.m.

_____
COLLEEN KOLLAR KOTELLY
U.S. DISTRICT COURT JUDGE