UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No.: 17-CR-216 (CKK) |
| v. : | |
| : | |
| TIFFANY HENRY, : | |
| : | |
| Defendant. : | |

**NOTICE OF APPEARANCE**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Laura Crane, who may be contacted by telephone on (202) 252-7667 or e-mail at Laura.Crane@usdoj.gov. This is notice of her appearance in this matter on behalf of the United States.

          Respectfully submitted,

          MICHAEL R. SHERWIN
          Acting United States Attorney
          New York Bar No. 4444188

By:   /s/ Laura Crane_____
      Laura Crane
      Assistant United States Attorney
      D.C. Bar Number 992454
      United States Attorney's Office
      555 Fourth Street, N.W.
      Washington, D.C. 20530
      Telephone: (202)252-7667
      Email: laura.crane@usdoj.gov