UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No.: 17-CR-216 (CKK) |
| v. : | |
| : | |
| TIFFANY HENRY, : | |
| : | |
| Defendant. : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Karla-Dee Clark, as counsel for the United States, is terminating her appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
New York Bar No. 4444188

By:   /s/ Karla-Dee Clark_____
Karla-Dee Clark
D.C. Bar 435782
Assistant United States Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 252-7740
Karla.Clark2@usdoj.gov