# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:17-CR-216 (CKK) |
| | : | |
| **TIFFANY HENRY,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S MOTION TO EXTEND TIME TO PROVIDE STATUS REPORT TO THE COURT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this request to extend the time to file a status report addressing the issues raised at the last status hearing. On January 26, 2021, the parties appeared before the Court for a status hearing. Consistent with the discussions at that hearing, the Court issued the following Minute Order:

> By March 29, 2021, the Government shall file a report setting out any changes in policy or legislation affecting the sentence in this case. This case is set for a status/sentencing, on April 8, 2021, at 10:00 a.m., and due to concerns re: Covid-19, it will be conducted via video-teleconference. Defendant provided her consent to proceeding via video-teleconference during today's status conference.

See January 26, 2021, Minute Order.

On March 3, 2021, Channing D. Phillips began as Acting United States Attorney; the government does not yet have an updated status to report to the Court, but anticipates being able to file such a report by April 5, 2021.[1] The government has no objection to moving the April 8, 2021, status/sentencing to a later date, but as of the filing of this Response, has no update with

---

[1] If any update is available prior to April 5, 2021, the government will file the Report at its earliest convenience.

respect to any changes in policy or legislation that would affect the government's prior sentencing recommendation.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting U.S. Attorney
D.C. Bar No. 415793

_____/s/_____

LAURA CRANE
Assistant United States Attorney
Violent Crimes and Narcotics Trafficking Section
555 4th Street, N.W.
Washington, D.C. 20530
D.C. Bar Number 992454
laura.crane@usdoj.gov
202-252-7667